# In the United States District Court for the District of Columbia, to Wit:

<u>Stephen P. Amos</u>
Plaintiff

Case Number: 1:08-cv-00554

Vs.

<u>The District of Columbia, Emeka C. Moneme and Peter J. Nickles, Esq.</u>
Defendant(s)

### Affidavit for Return by Private Process Server

The undersigned hereby certifies that valid service of process was executed upon The District of Columbia on the 15th day of April, 2008 at about 3:00 PM, at the John A. Wilson Building, 1350 Pennsylvania Avenue, NW, Washington, DC 20004 by delivering and leaving a copy of the following documents to The District of Columbia with Arlethia Thompson who is authorized to accept service on behalf of The District of Columbia: 1) Summons; 2) Complaint. Arlethia Thompson is described as an African-American female of medium height and a heavy build, with long, black hair.

THE UNDERSIGNED CERTIFIES SHE IS NOT A PARTY TO THIS ACTION AND IS PRESENTLY OVER THE AGE OF EIGHTEEN (18) YEARS.
I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

*Amanda L. Morin*   4-22-08
Amanda Morin, Investigator
927 South Walter Reed Drive, Suite 23
Arlington, VA 22204

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/15/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Amanda Morin | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served personally upon Arlethia Thompson who is authorized to accept service on behalf of defendant District of Columbia.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/15/08
Date

*Amanda L. Morin*
Signature of Server

927 S. Walter Reed Dr., Ste. 23
Arlington, VA 22204
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.