# In the Superior Court of the District of Columbia, Civil Division, to Wit:

Stephen P. Amos
Plaintiff

Case Number: 1:08-cv-00554

Vs.

District of Columbia, et al.
Defendant(s)

### Affidavit for Return by Private Process Server

The undersigned hereby certifies that valid service of process was executed upon Peter Nickles on the 22nd day of April, 2008 at about 10:50 p.m. by personally serving and leaving a copy of the summons and complaint in the above-captioned matter with Peter Nickles at 9341 Cornwell Farm Rd., Great Falls, VA 22066. Mr. Nickles identified himself to me as such and is described as a white male in his late 60s, approximately 5'7" in height, with dark gray hair and glasses.

THE UNDERSIGNED CERTIFIES HE IS NOT A PARTY TO THIS ACTION AND IS PRESENTLY OVER THE AGE OF EIGHTEEN (18) YEARS.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

Scott J. Krischke, Investigator
927 South Walter Reed Drive, Suite 23
Arlington, VA 22204

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 04/22/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scott J. Krischke | Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 9341 Cornwell Farm Rd., Great Falls, VA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Peter Nickles

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/22/2008      _[signature]_
                   Date          Signature of Server

927 S. Walter Reed Dr., Arlington, VA 22204
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.