**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHEN P. AMOS )<br>8959 Sycamore Ridge Road )<br>Fairfax Station, VA 22039 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 08-00554<br>THE DISTRICT OF COLUMBIA )<br>John A. Wision Building )<br>1350 Pennsylvania Avenue, N.W. )<br>Washington, DC 20004 )<br>)<br>And )<br>)<br>EMEKA C. MONEME )<br>Director, District Dept. of Transportation )<br>1213 Fern Street, N.W. )<br>Washington, D.C. 20012 )<br>)<br>And )<br>)<br>PETER J. NICKLES, ESQ. )<br>Interim Attorney General, )<br>District of Columbia ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER**
**OR OTHER RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Emeke Moneme and Peter J. Nickles, hereby move for an enlargement of time to file an answer or responsive pleading, up to and including June 3, 2008, and as grounds therefore state as follows:

1. On or about March 31, 2008, the plaintiff filed the above-captioned matter. The summons and complaint were received by the Office of the Secretary for the

District of Columbia on or about April 15, 2008. An answer or responsive pleading may be due on or about May 5, 2008.

2. The plaintiff's twenty-eight (26) paged complaint involves multiple parties and contains one hundred and seventy-five (175) paragraphs with numerous factual averments. Due to the press of business and the complicated nature of the case, the defendants will need additional time to prepare an adequate response to plaintiff's complaint.

3. The plaintiff consents to the defendants' request for an enlargement.

4. The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to June 3, 2008.

5. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order….

6. This request is being made prior to the expiration of the prescribed period, and is for cause shown.

7. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including June 3, 2008, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted,

PETER J. NICKLES

2

>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>    /s/    Ellen Efros
>ELLEN EFROS [250746]
>Assistant Deputy Attorney General, Civil Litigation Division
>
>  /s/    Leah Taylor
>LEAH BROWNLEE TAYLOR [488966]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-7854; (202) 727-6295
>leah.taylor@dc.gov

**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on April 28, 2008, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion. Plaintiff's counsel consented to the motion.

>       /s/
> LEAH BROWNLEE TAYLOR [488966]
>  Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. AMOS )<br>8959 Sycamore Ridge Road )<br>Fairfax Station, VA 22039 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) | Civil Action No. 08-00554 |
| THE DISTRICT OF COLUMBIA )<br>John A. Wision Building )<br>1350 Pennsylvania Avenue, N.W. )<br>Washington, DC 20004 )<br>)<br>And )<br>)<br>EMEKA C. MONEME )<br>Director, District Dept. of Transportation )<br>1213 Fern Street, N.W. )<br>Washington, D.C. 20012 )<br>)<br>And )<br>)<br>PETER J. NICKLES, ESQ. )<br>Interim Attorney General, )<br>District of Columbia ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

In support of their Motion for Enlargement of Time to File Answer or Other Responsive Pleading, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The consent of the plaintiff.

4.     The record herein.

                                                Respectfully submitted,

                                                PETER J. NICKLES
                                                Interim Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General, Civil Litigation Division

                                                _____/s/    Ellen Efros_____
                                                ELLEN EFROS [250746]
                                                Assistant Deputy Attorney General, Civil Litigation Division

                                                __/s/    Leah Taylor_____
                                                LEAH BROWNLEE TAYLOR [488966]
                                                Assistant Attorney General
                                                441 4th Street, N.W.
                                                Sixth Floor South
                                                Washington, D.C. 20001
                                                (202) 724-7854; (202) 727-6295
                                                leah.taylor@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **STEPHEN P. AMOS**<br>**8959 Sycamore Ridge Road**<br>**Fairfax Station, VA 22039**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**THE DISTRICT OF COLUMBIA**<br>**John A. Wision Building**<br>**1350 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20004**<br><br>**And**<br><br>**EMEKA C. MONEME**<br>**Director, District Dept. of Transportation**<br>**1213 Fern Street, N.W.**<br>**Washington, D.C. 20012**<br><br>**And**<br><br>**PETER J. NICKLES, ESQ.**<br>**Interim Attorney General,**<br>**District of Columbia** | Civil Action No. 08-00554 |

**<u>ORDER</u>**

　　　Upon consideration of the Consent Motion for Enlargement of Time to File an Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

　　　ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file an answer or other responsive pleading is extended up to and including June 3, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA