UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. AMOS<br>8959 Sycamore Ridge Road<br>Fairfax Station, VA 22039<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE DISTRICT OF COLUMBIA<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br><br>And<br><br>EMEKA C. MONEME<br>Director, District Dept. of Transportation<br>1213 Fern Street, N.W.<br>Washington, D.C. 20012<br><br>And<br><br>PETER J. NICKLES, ESQ.<br>Interim Attorney General,<br>District of Columbia | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-00554<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW attorney R. Scott Oswald, Esq., D.C. Bar No. 458859, of The Employment Law Group, P.C., and requests that the Court enter his appearance on behalf of the Plaintiff in the above captioned matter.

        Respectfully Submitted,

/s/ R. Scott Oswald
R. Scott Oswald, D.C. Bar No. 458859
Adam Augustine Carter, D.C. Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2008, a true and correct copy of the foregoing Notice of Appearance of Counsel has been served upon the following via ECF:

Leah Brownlee Taylor, Esq.
Assistant Attorney General
Equity I
Office of the Attorney General for the District of Columbia
441 4th Street N.W., 6th Floor South
Washington, D.C.  20001
leah.taylor@dc.gov

*Counsel for Defendants District of Columbia,*
*Emeka C. Moneme and Peter J. Nickles*

/s/ R. Scott Oswald
R. Scott Oswald