UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. AMOS,<br><br>    Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    and<br><br>EMEKA C. MONEME,<br><br>    and<br><br>PETER J. NICKLES, ESQ.,<br><br>    Defendants. | Civil Action No. 08-00554 (RMC) |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Stephen Amos ("Amos"), by and through counsel, with the gracious consent of Defendants District of Columbia, Emeka C. Moneme, and Peter J. Nickles (collectively, "Defendants"), respectfully moves this Court to enlarge, by seven (7) days, the date on or before which Plaintiff must file his response in opposition to Defendants' Motion to Dismiss.

The following identifies the reasons Amos moves for the enlargement, with Defendants' consent:

1. Defendants filed their Motion to Dismiss on June 3, 2008.

2. By local rule, Amos' response in opposition to Defendants' motion is due on or before June 16, 2008.

3.  The undersigned is due to be in New Hampshire the week of June 16th taking depositions in a case pending in the United States District Court for the District of Maryland, and preparing for those depositions in the days leading up to June 16th. The case is captioned: *Glynn v. Impact Science & Technology, Inc., et al.*, Case No. 1:07-cv-01660-JFM (D. Md.).

4.  On June 4, 2008, in order to accommodate briefing on another matter, Amos requested Defendants' consent to a seven-day enlargement, from June 16, 2008 to June 23, 2008, of the time for Amos to file his response in opposition to Defendants' motion.

5.  On June 5, 2008, Defendants graciously consented to Amos' request.

A proposed order is attached.

Respectfully submitted,

/s/ Adam Augustine Carter
Adam Augustine Carter, D.C. Bar No. 437381
R. Scott Oswald, D.C. Bar No. 458859
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
soswald@employmentlawgroup.net
*Counsel for Plaintiff Stephen Amos*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 5th day of June, 2008, a true and correct copy of the foregoing Consent Motion to Enlarge Time for Plaintiff's Opposition to Defendants' Motion to Dismiss has been served upon the following via ECF:

Leah Brownlee Taylor, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street N.W., 6th Floor South
Washington, D.C. 20001
leah.taylor@dc.gov

*Counsel for Defendants District of Columbia,*
*Emeka C. Moneme and Peter J. Nickles*

                                    /s/ Adam Augustine Carter
                                    Adam Augustine Carter

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. AMOS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, | ) Civil Action No. 08-00554 (RMC) |
| and | ) |
| EMEKA C. MONEME, | ) |
| and | ) |
| PETER J. NICKLES, ESQ., | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Consent Motion to Enlarge Time for Plaintiff's Opposition to Defendants' Motion to Dismiss, it is this _____ day of _____, 2008

ORDERED that Consent Motion to Enlarge Time for Plaintiff's Opposition to Defendants' Motion to be, and hereby is, granted; and it is further

ORDERED that Plaintiff may file a response in opposition to Defendants' Motion to Dismiss on or before June 23, 2008.

_____
Hon. Judge Rosemary M. Collyer

Send to:

Adam Augustine Carter, Esq.
R. Scott Oswald, Esq.
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
soswald@employmentlawgroup.net
*Counsel for Plaintiff Stephen Amos*


Leah Brownlee Taylor, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street N.W., 6th Floor South
Washington, D.C.  20001
leah.taylor@dc.gov
*Counsel for Defendants District of Columbia,
Emeka C. Moneme and Peter J. Nickles*